UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYSON TYLER LOKKEN,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>ROBERT LeGRAND,<br><br>　　　　　　　　　Respondents. | Case No. 3:13-cv-00608-MMD-WGC<br><br>ORDER |

This action is a pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents filed two motions for an extension of time in which to file an answer to the remaining grounds of the petition. (Dkt. nos. 30 and 31.) The answer has since been filed. (Dkt. no. 32.)

Having reviewed the motions and good cause appearing, respondents' motions shall be granted.

It is therefore ordered that respondents' motions for an extension of time to file an answer (dkt. nos. 30 and 31) are granted *nunc pro tunc* as of their respective filing dates.

DATED THIS 18th day of March 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE