AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

BRYSON TYLER LOKKEN,

    Petitioner,

v.

ROBERT LeGRAND, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:13-cv-00608-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's petition for writ of habeas corpus (ECF No. 4) is denied.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

December 20, 2016                                    **LANCE S. WILSON**
                                                                               Clerk

                                                                               /s/ K. Rusin
                                                                               Deputy Clerk